# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0381
Lower Tribunal No. F00-17128
_____

**Eduardo Luis Galiana,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Eduardo Luis Galiana, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 921.0024(2), Fla. Stat. (1999) ("If the lowest permissible sentence under the code exceeds the statutory maximum sentence as provided in [section 775.082, Florida Statutes], the sentence required by the code must be imposed."); <u>State v. Gabriel</u>, 314 So. 3d 1243, 1246 (Fla. 2021) ("[U]nder section 921.0024(2), the [lowest permissible sentence] is an individual minimum sentence where there are multiple convictions subject to sentencing on a single scoresheet.").